868

No. 77, Misc. STEPPER *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 87, Misc. MILLER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 165, Misc. THOMPSON *v.* CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 179, Misc. WINSTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 180, Misc. KENNEDY *v.* MYERS, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 183, Misc. HAINES *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 198, Misc. PENNSYLVANIA EX REL. MURRAY *v.* KEENAN, SUPERINTENDENT, ALLEGHENY COUNTY WORKHOUSE. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Marjorie Hanson Matson* for petitioner.

No. 200, Misc. THOMPSON *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.